

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

February 13, 2008

Honorable Barbara S. Jones
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE: 2/15/08

**Re: United States v. Felix Strashnov, 07 Cr. 1087 (BSJ)**

Dear Judge Jones:

    A pretrial conference in this case is scheduled for February 15, 2008, at 2 p.m. I am writing, with the consent of defense counsel, to request that the conference be adjourned until March 28, 2008, at 2 p.m., and that time under the Speedy Trial Act be excluded from today up to and including March 28, 2008, pursuant to Title 18, United States Code, Section 3161(h)(8)(A).

    I have been having discussions with defense counsel regarding a disposition of this case without trial, and those discussions are continuing. In addition, I am preparing for a March 3, 2008 trial before the Honorable Deborah A. Batts in the case captioned United States v. Guttenberg, 07 Cr. 141 (DAB). The Government expects that trial to last approximately three weeks.

    Excluding time under the Speedy Trial Act until March 28, 2008, will best serve the ends of justice and outweigh the best interests of the public and the defendant in a speedy trial, because it will allow the Government tocontinue discussions in an effort to resolve this case without trial. Steven Statsinger, Esq., counsel for Felix Strashnov, and George Goltzer, Esq.,

Honorable Barbara S. Jones
February 13, 2008
Page 2

counsel for Michael Ayngorn, advised me that they consent to this request.

*Applications granted. The pretrial conference is adjourned to March 28, 2008 at 2PM. In the interest of justice for the reason stated above, speedy trial time is excluded from February 15, 2008 to March 28, 2008 pursuant to 18 U.S.C. §3161(h)(8)(A).*

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney

By: /s/ Andrew L. Fish
Andrew L. Fish
Assistant United States Attorney
(212) 637-2548

cc: Steven Statsinger, Esq. (via fax)
    George Goltzer, Esq. (via fax)

SO ORDERED:

/s/ Barbara S. Jones
Honorable Barbara S. Jones
United States District Judge
2/15/08