# GEORGE ROBERT GOLTZER

ATTORNEY AT LAW
200 WEST 57TH STREET
SUITE 900
NEW YORK, NEW YORK 10019

TEL: 212-609-1260
FAX. 212-980-2968
george@goltzer.com

April 16, 2008

Hon. Barbara S. Jones, U.S.D.J.
United States District Court
United States Courthouse
500 Pearl Street
New York, NY 10007
Via fax: 212/805-6191

```
USDC SDNY
DOCUMENT
         ...LLY FILED
              4/18/08 dc
```

Re: *U.S.A. v. Felix Strashnov and Michael Ayngorn*
07 Cr. 1087 (BSJ)

Dear Judge Jones:

Please accept this letter as an application, with the consent of Assistant U.S. Attorney Andrew Fish and Steven Statsinger, attorney for Mr. Strashnov, that the conference scheduled for Friday, April 18, 2008 be continued to Friday, May 2, 2008 at a time convenient to the court.

The reason for this application is so that counsel for the defense and government may continue negotiations and continue to review discovery. In addition, Mr. Ayngorn's civil SEC proceeding before Judge Castel is scheduled just fifteen minutes before this Friday's conference. Counsel for both defendants consent to the exclusion of time within the meaning of 18 U.S.C. § 3161 for the reasons stated above and in the interests of justice.

If this application is agreeable, may I impose upon Your Honor to "so order" this letter. Thank you for your consideration. I remain

Respectfully,

George R. Goltzer

cc: AUSA Andrew Fish
    Steven Statsinger, Esq.

Application granted. The pretrial conference is adjourned to May 1, 2008 at 2PM. In the interest of justice for the reasons stated above, speedy trial time is excluded from April 18, 2008 to May 1, 2008 pursuant to 18 U.S.C. § 3161(h)(8)(A).

SO ORDERED
Dated: 4/18/08
BARBARA S. JONES
U.S.D.J.