UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
UNITED STATES OF AMERICA,               :   07 CR. 1087 (BSJ)
                                        :
                                        :   ORDER
        -v-                             :
                                        :
                                        :
FELIX STRASHNOV,                        :
MICHAEL AYNGORN,                        :
                                        :
                                        :
                                        :
              Defendants.               :
----------------------------------------X

BARBARA S. JONES,
United States District Judge:

    IT IS HEREBY ORDERED that the status conference scheduled for May 1, 2008 is adjourned to May 20, 2008 at 2:30PM to allow the parties to continue discussions relating to a possible disposition in this matter. For this reason, in the interest of justice, the period of time from May 1, 2008 to May 20, 2008 is excluded pursuant to 18 U.S.C. § 3161(h)(8)(A). I find that a possible disposition outweighs both the interests of the public and the defendant in a speedy trial.

    SO ORDERED.

Dated:   New York, New York
         April 25, 2008

                                    _____
                                       BARBARA S. JONES
                                       United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/28/08