# GEORGE ROBERT GOLTZER

ATTORNEY AT LAW
200 WEST 57TH STREET
SUITE 900
NEW YORK, NEW YORK 10019

TEL: 212-608-1260
FAX: 212-980-2968
george@goltzer.com

May 21, 2008

Hon. Barbara S. Jones, U.S.D.J.
United States District Court
United States Courthouse
500 Pearl Street
New York, NY 10007
Via fax: 212/805-6191

**Re: *U.S.A. v. Michael Ayngorn***
**07 Cr. 1087 (BSJ)**

Dear Judge Jones:

Please accept this letter in response to Your Honor's request for the submission of an order. If this application is acceptable may I request that it be endorsed and published via ECF.

Mr. Ayngorn, on consent of the government by Assistant U.S. Attorney Andrew Fish requests an order:

1. Permitting his defense counsel to give him his United States passport for a period of no more than 36 hours so that Mr. Ayngorn may use it to procure identification from the United States Social Security Administration, and for no other purpose; and

2. Directing that no more than thirty six hours after receiving said passport from defense counsel, Mr. Ayngorn deliver it to his Pretrial Officer for safekeeping; and

3. Upon receipt of the Social Security identification, Mr. Ayngorn's Pretrial officer shall release the passport to Mr. Ayngorn for no more than 36 hours so that he may procure a driver's license from the New York Department of Motor Vehicles and, upon the expiration of the 36 hours or sooner, Mr. Ayngorn shall return the passport to Pretrial for safekeeping until further order of this Court.



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/22/08

Thank you for your consideration of this matter. I remain

Respectfully,

George R. Goltzer

cc: AUSA Andrew Fish
    Steven Statsinger, Esq.
    Via ECF upon endorsement

Application granted.

SO ORDERED
Dated:

BARBARA S. JONES
U.S.D.J.

May 21, 2008

2