USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/21/25

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA | **ORDER** |
| v. | 07 Cr. 1087 (VEC) |
| FELIX STRASHNOV AND MICHAEL AYNGORN, | |
| *Defendants.* | |

IT IS HEREBY ORDERED that the Clerk of the Court shall make all remaining restitution payments on behalf of Douglas Leslie in the above-referenced case payable to Ruth Elaine Bitzel, at the following address:

> Ruth Elaine Bitzel
> 498 Eureka Street
> San Francisco, CA 94114

New York, New York
   February  21, 2025

_____
**THE HONORABLE VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE**